IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,
*ex rel.* [UNDER SEAL],

*Plaintiffs*,

v.

[UNDER SEAL],

*Defendants*.

No. 23-cv-1235-JS

**FILED UNDER SEAL**

# UNITED STATES OF AMERICA'S NOTICE OF INTERVENTION

DAVID METCALF
United States Attorney

GREGORY B. DAVID
Assistant United States Attorney
Chief, Civil Division

CHARLENE KELLER FULLMER
Assistant United States Attorney
Deputy Chief, Civil Division

PETER CARR
FERNANDO I. RIVERA
Assistant United States Attorneys

*Counsel for the United States of America*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *EX REL*. PATRICK FIELD,<br><br>*Plaintiffs*,<br><br>v.<br><br>FRANKLIN TOWNE CHARTER HIGH SCHOOL, ET AL.,<br><br>*Defendants*. | No. 23-cv-1235-JS<br><br>**FILED UNDER SEAL** |

**UNITED STATES OF AMERICA'S NOTICE OF INTERVENTION**

1. Pursuant to 31 U.S.C. §§ 3730(b)(2) and (4), the United States notifies the Court of its intervention for settlement purposes, as to allegations that defendants Franklin Towne Charter High School (FTCHS) and Joseph Venditti violated the False Claims Act, 31 U.S.C. § 3729 *et seq*.

2. The United States and FTCHS have reached a resolution of this action, and the parties have executed a Settlement Agreement with an effective date of July 2, 2025, which provides for a release of certain defined covered conduct, a series of payments to be made by FTCHS to the United States over the course of one year from the effective date of the Settlement agreement, and the dismissal of this action pursuant to the terms and conditions of the Settlement Agreement after all payments have been made.

3. The United States and Venditti have reached a resolution of this action, and the parties have executed a Settlement Agreement with an effective date of September 2, 2026, which provides for a release of certain defined covered conduct, a series of payments to be made by Venditti to the United States over the course of one year from the effective date of the Settlement agreement, and the dismissal of this action pursuant

to the terms and conditions of the Settlement Agreement after all payments have been made.

4. Both Settlements Agreement provide that the United States and Relator shall promptly sign and file a notice of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1) when the United States receives all settlement payments pursuant to the terms of the Settlement Agreement.

5. The United States anticipates the Relator will file a notice of voluntary dismissal as to all defendants other than FTCHS and Venditti, and that the United States will give its consent to such dismissal.

6. On October 2, 2025, the Court ordered that when the United States files this Notice of Intervention, the following documents shall be immediately unsealed:

a. This Notice of Intervention;

b. Relator's complaint;

c. The Court's Order with respect to sealing; and

d. All documents filed after the filing of this Notice of Intervention.

As ordered by the Court, all other papers and Orders on file in this matter shall remain under seal. *Id*.

Dated: September 2, 2026

Respectfully submitted,

DAVID METCALF
United States Attorney

GREGORY B. DAVID
Assistant United States Attorney
Chief, Civil Division

*/s/ Charlene Keller Fullmer*
CHARLENE KELLER FULLMER
Assistant United States Attorney
Deputy Chief, Civil Division

*/s/ Peter Carr*
PETER CARR
FERNANDO I. RIVERA
Assistant United States Attorneys
Eastern District of Pennsylvania
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106
Phone: (215) 861-8200
Email: peter.carr@usdoj.gov
fernando.rivera@usdoj.gov

*Counsel for the United States of America*

**CERTIFICATE OF SERVICE**

I certify that on September 2, 2026, the foregoing notice of intervention was served on the following counsel for Relator via secure email:

Eric L. Young, Esquire
YOUNG LAW GROUP P.C.
3031 C Walton Rd., Suite 301
Plymouth Meeting, PA 19462

James E. Miller
Laurie Rubinow
MILLER SHAH LLP
65 Main Street
Chester, CT 06412

*Counsel for Relator*

Because this case is sealed pursuant to 31 U.S.C. §§ 3729 *et seq*., Defendants have not been served with the Motion or other filings.

*/s/ Fernando I. Rivera*
FERNANDO I. RIVERA